UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAREY, on behalf of himself and all others similarly situated,

                    Plaintiffs,

             -against-

NEWYORKCITY.COM, INC.,

                    Defendants.

Case No. 1:19-cv-01919-VEC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff by and through their undersigned counsel, hereby agree to the dismissal without prejudice of this action as to NEWYORKCITY.COM, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:    Queens, New York
            May 21, 2019

                                          Respectfully submitted,

                                          By: */s/Jonathan Shalom*
                                          Jonathan Shalom, Esq.
                                          SHALOM LAW, PLLC
                                          124-04 Metropolitan Avenue.
                                          Kew Gardens, New York 11415
                                          Phone: 718-971-9474

                                          **ATTORNEYS FOR PLAINTIFF**